Order Form (01/2005)

# United States District Court, Northern District of Illinois

05 B 53763

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2419 | **DATE** | 8/7/2006 |
| **CASE TITLE** | Kenneth M. Neiman and Mercantile Realty vs. Deborah O'Connell | | |

**DOCKET ENTRY TEXT**

The above-entitled case is placed on this Court's Suspense Calendar. Parties to notify the Court of final resolution of case. AGREED MOTION by Appellants to stay[10] is withdrawn without prejudice. Notice of hearing date of 8/9/06 is stricken.

Docketing to mail notices.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 0 9 2006
KENNETH S. GARDNER, CLERK
OP A

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

06C2419 Kenneth M. Neiman and Mercantile Realty vs. Deborah O'Connell