```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 53763
  DEBORAH OCONNELL
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8270


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/13/05 and confirmed on 03/10/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  50539.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 18551.00 | 700.43 | 18551.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2429.01 | .00 | 2429.01 |
| INTERNAL REVENUE SERVICE | PRIORITY | 15031.97 | .00 | 15031.97 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN DEBT COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 323.13 | .00 | 32.31 |
| CAPITAL ONE BANK | UNSECURED | 231.75 | .00 | 23.18 |
| CAPITAL ONE BANK | UNSECURED | 542.62 | .00 | 54.26 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COSTCO | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS FOODS | UNSECURED | NOT FILED | .00 | .00 |
| ROSEN MD | UNSECURED | NOT FILED | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 428.61 | .00 | 42.86 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 443.36 | .00 | 44.34 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 451.19 | .00 | 45.12 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLE                         UNSECURED      NOT FILED              .00           .00
PEOPLES ENERGY                 UNSECURED      NOT FILED              .00           .00
PEOPLES ENERGY                 UNSECURED      NOT FILED              .00           .00
PLACEMENT CONTROL GROUP        UNSECURED      NOT FILED              .00           .00
PROACTIVE                      UNSECURED      NOT FILED              .00           .00
PUBLISHERS CLEARING HOUS       UNSECURED      NOT FILED              .00           .00
READER SERVICE CENTER          UNSECURED      NOT FILED              .00           .00
RISK MANAGEMENT ALTERNAT       UNSECURED      NOT FILED              .00           .00
SMITH ROUCHN & ASSOC           UNSECURED      NOT FILED              .00           .00
SWISS COLONY                   UNSECURED      NOT FILED              .00           .00
T MOBILE USA                   UNSECURED          86.18               .00          8.62
VAN RU CREDIT                  UNSECURED      NOT FILED              .00           .00
KEN NEIMAN & MERCANTILE        PRIORITY         6000.00               .00       6000.00
INTERNAL REVENUE SERVICE       UNSECURED         808.11               .00         80.81
ILLINOIS DEPT REVENUE          UNSECURED         575.59               .00         57.56
```

Summary of disbursements:

```
                     SECURED      PRIORITY     UNSECURED         OTHER          TOTAL

TOTAL CLMS ALLOWED   18551.00     23460.98      3890.54           .00        45902.52
PRINCIPAL PAID       18551.00     23460.98       389.06           .00        42401.04
INTEREST PAID          700.43          .00           .00          .00          700.43
TOTAL PAID           19251.43     23460.98       389.06           .00        43101.47
```

The Debtor's attorney, PAUL M BACH                  , was allowed $   5688.75
and was paid $    476.45   direct and $   5212.30   through the plan.

The Trustee received $   2224.85 .

Refunds to the Debtor totaled $       .38 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   3
    CASE NO. 05 B 53763 DEBORAH OCONNELL
```